IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Bevan Xavier Brooks, # 105083, *aka Bevan Xavier Brooks Sr* | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 8:10-689-TLW-BHH |
| vs. | ) ) | |
| Captain Curtis L. Bufford; Captain Michael Higgins; Sgt. Timothy Lepet; Ofc. Marcus Smith; Ofc. Kenneth Brown; Ofc. Bowman; Lt. Samuel Jackson; Lt. Don Weston; Lt. John Fogle; Ofc. David Riley; Ofc. Prelough (Preylow); Sgt. Robert Waters; Sgt. Larry Jones; Sgt.Nathaniel Smith; Director Renaldo Myers, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER

Bevan Xavier Brooks, ("plaintiff"), brought this civil action *pro se* on March 19, 2010. (Doc. # 1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce Howe Hendricks, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends the defendants Lt. Samuel Jackson and Sgt. Robert Waters be dismissed without prejudice and without issuance and service of process. (Doc. # 15). Objections were due by April 29, 2010. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 15). Therefore, defendants Lt. Samuel Jackson and Sgt. Robert Waters are hereby **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

May 6, 2010
Florence, South Carolina